**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YADER ISMAEL HERNANDEZ-SEQUEIRA, | Case No.:  26cv3969 DMS (GC) |
| Petitioner, | **ORDER GRANTING PETITION** |
| v. | |
| WARDEN, Imperial Regional Detention Facility, et al., | |
| Respondents. | |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return in which they assert Petitioner is subject to mandatory detention under § 1225(b)(2). (Return at 2.)  Respondents acknowledge this Court and courts in this District have repeatedly rejected their argument "under the same and/or similar facts." (*Id.*) On that basis, Respondents do not oppose the petition and defer to the Court on the appropriate relief. (*Id.* at 3.)  Petitioner filed a Traverse asserting the appropriate remedy here is release.

After reviewing the parties' briefs, the record, and the relevant legal authority, the Court grants the Petition for the reasons set out in *Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7.  Respondents shall release Petitioner from custody

26cv3969 DMS (GC)

forthwith, and shall not re-detain him without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention.  The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released.  The Clerk of Court shall enter judgment accordingly and close this case.

   **IT IS SO ORDERED**.

Dated:  August 10, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv3969 DMS (GC)